UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLARD E. CROSS,

    Plaintiff,

v.

M. ROGERS and DR. SHAH,

    Defendants.

Case No. 15-cv-620-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant M. Rogers and against plaintiff Clard E. Cross on Cross's Eighth Amendment claim against Rogers for deliberate indifference to his hand wound in January 2014, and that this claim is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Clard E. Cross's Eighth Amendment claim against defendant Dr. Shah for deliberate indifference to his hand wound in January 2014, is dismissed without prejudice.

**DATED:** December 28, 2017

JUSTINE FLANAGAN, Acting Clerk of Court

**s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**